**Order filed June 18, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00350-CV
_____

### JIMMY GETTINGS, Appellant

### V.

### DARLENE BOUNDS, GRADY GETTINGS, BELVA GETTINGS, CHURCH OF CHRIST, MILL ROAD, OF DURHAM, NORTH CAROLINA, CHURCH OF CHRIST OF CAMPIONS OF HOUSTON, TEXAS DOES 1-25, Appellees

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-02794**

## ORDER

This is an appeal from the order signed April 1, 2019 regarding Grady and Belva Gettings' motion for sanctions and the order signed April 8, 2019 regarding the Gettings Family Defendants' no-evidence motion for summary judgment. It appears we lack jurisdiction over this appeal, but we are unable to make that determination because the clerk's record has not been filed. Accordingly, we enter

the following order.

The Harris County District Clerk is directed to file a partial clerk's record on or before **June 28, 2019**, containing (1) any judgment that has been signed in this case, (2) any request for findings of fact and conclusions of law, (3) any post-judgment motion and the court's ruling on the motion, and (4) any notice of appeal.

If any of the requested items is not part of the case file, the district clerk is directed to file a partial clerk's record containing a certified statement that the requested item is not a part of the case file.

PER CURIAM